# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DEREK DENNIS                                    Docket No. 3:00CR00247(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Derek Dennis who was sentenced to 5 years' imprisonment for a violation of U.S.C. §§ 846 & 841(A)(1), Conspiracy to Possess with Intent to Distribute Cocaine, by the Honorable Alfred V. Covello, Senior U.S. District Judge sitting in the court at Hartford on August 20, 2001, who fixed the period of supervision at 4 years which commenced on March 24, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Officer, which may include testing to determine if the defendant has used drugs or alcohol, and he shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Officer; 2) The defendant shall participate in a mental health treatment program as directed by the United States Probation Office and shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Office; 3) The defendant shall participate in vocational/educational training as deemed necessary by the United States Probation Office; and 4) The defendant shall maintain verifiable full time employment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1: Standard Condition: "You shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and completed written report within the first five days of each month." On August 11, 2006, during an office visit, Mr. Dennis was given verbal and written instructions, listing appointment dates for him to report to the U.S. Probation Office on a weekly basis. To date, he has missed appointments on August 24, 25 and 30, 2006. Additionally, he failed to report on September 8, 13, 18, and 26, 2006, and on October 6 and 11, 2006, thereby failing to abide by the conditions of supervised release.

Charge No. 2: Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician." Mr. Dennis submitted two positive urinalyses for cocaine at the probation office on June 23, 2006 and August 21, 2006. Additional positive urinalyses were submitted at Wheeler Clinic on September 11, 13 and 25, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Derek Dennis to appear before the Court at Hartford, Connecticut on Nov. 8 at 2pm to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 11TH day of Oct 11TH, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By
Xenia T. Gray
United States Probation Officer

Place HARTFORD, CT.
Date Oct. 11, 2006

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 11TH day of Oct, 2006 at Hartford, Connecticut, U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alfred V. Covello
Senior United States District Judge