UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:00CR247(AVC) |
| DEREK DENNIS | : NOVEMBER 21, 2006 |

### MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN

John A. Danaher III, Assistant United States Attorney, hereby moves the Court to permit Tal Unrad, an eligible law student intern, to appear on behalf of the United States, under my supervision, at the supervised release violation hearing for defendant Derek Dennis. Pursuant to Local Rule 83.9 of the United States District Court for the District of Connecticut, an eligible law student intern may, with the Court's approval, under supervision by a member of the bar, appear on behalf of any person who has consented in writing to the intern's appearance. Tal Unrad would be supervised by Assistant United States Attorney John A. Danaher III who is a member of the bar of the United States District Court for the District of Connecticut. Assistant United States Attorney John A. Danaher III would assume personal professional responsibility for the student's work, assist the student to the extent necessary, and appear with the student in all proceedings before the Court unless the attorney's presence is waived by the Court.

Tal Unrad is enrolled in good standing at the University of Connecticut School of Law, a law school approved by the American Bar Association. He has completed legal studies amounting to at least two semesters of credit. He will be introduced to the Court in which he appears by Assistant United States Attorney John A. Danaher III. He is not employed or compensated by the United

States.

Defendant Derek Dennis is presently scheduled to appear in Court for a supervised release violation hearing on December 7, 2006, at 3:00 p.m. before the Honorable Alfred V. Covello.

As of this date, no counsel has appeared on behalf of the defendant.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                JOHN A. DANAHER III
                ASSISTANT UNITED STATES ATTORNEY
                450 MAIN STREET, ROOM 328
                HARTFORD, CT  06103
                (860) 947-1101
                FEDERAL BAR NO. ct05101

The foregoing motion is GRANTED/DENIED.

SO ORDERED.


_____    _____
HONORABLE ALFRED V. COVELLO       DATE
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 21st day of November, 2006 to the following:

Mr. Derek Dennis
67 Branford Street
Hartford, CT 06112

_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY