Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DEREK DENNIS                                          Docket No. 3:00CR00247(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer L Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Derek Dennis who was sentenced to 5 years' imprisonment for a violation of U.S.C. §§ 846 & 841(A)(1), Conspiracy to Possess with Intent to Distribute Cocaine, by the Honorable Alfred V. Covello, Senior U.S. District Judge sitting in the court at Hartford on August 20, 2001, who fixed the period of supervision at 4 years which commenced on March 24, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Officer, which may include testing to determine if the defendant has used drugs or alcohol, and he shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Officer; 2) The defendant shall participate in a mental health treatment program as directed by the United States Probation Office and shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Office; 3) The defendant shall participate in vocational/educational training as deemed necessary by the United States Probation Office; and 4)The defendant shall maintain verifiable full time employment.

Mr. Dennis was found in violation of supervised release in the instant offense on December 19, 2006 and was sentenced to 8 months' imprisonment followed by 3 years' supervised release with the same special conditions previously imposed. His scheduled termination date is November 22, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following condition of supervised release:

Charge No. 1: Standard Condition:  "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician." Mr. Dennis submitted positive urinalyses for cocaine on November 26, 2007and December 5, 2007. On December 10, 2007, the defendant attempted to alter a drug test at the U.S. Probation Office.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Derek Dennis to appear before the Court at Hartford, Connecticut on ___1/14/08___ at ___11.00a___ to show cause why his supervision should not be revoked.

**ORDER OF COURT**                                      Sworn to By _____

Considered and ordered this _12TH_ day of December,
2007 and ordered filed and made a part of the records in
the above case.                                                          Jennifer Amato
                                                                              Senior United States Probation Officer

_____                                 Place ___HARTFORD  CONNECTICUT___
The Honorable Alfred V. Covello
Senior United States District Judge                       Date ___DECEMBER 12, 2007___


Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this _12TH_ day of December, 2007 at Hartford, Connecticut, U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alfred V. Covello
Senior United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PROBATION OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  3:00CR247(AVC) |
| | : | |
| VS. | : | |
| | : | December 12, 2007 |
| Derek Dennis | : | |

## REPORT OF VIOLATION OF SUPERVISED RELEASE

### Original Sentence Information

On August 20, 2001, Derek Dennis appeared before the Honorable Alfred V. Covello, Senior U.S. District Judge, having pled guilty to Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 846 & 841(a)(1).  Derek Dennis was sentenced to five years imprisonment followed by a four year term of supervised release. The Court ordered the following special conditions:  (1) The defendant shall participate in a substance abused treatment program, either inpatient or outpatient, as directed by the United States Probation Officer, which may include testing to determine if the defendant has used drugs or alcohol, and he shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Office; (2) The defendant shall participate in a mental health treatment program as directed by the United States Probation Office and shall pay all or a portion of the costs associated with treatment, based on his ability, in an amount to be determined by the United States Probation Office; (3)The defendant shall participate in vocational/educational training as deemed necessary by the United States Probation Office; and (4) The defendant shall maintain verifiable full-time employment.

Supervision commenced on March 24, 2005, and was scheduled to terminate on March 23, 2009.  However, on December 19, 2006, Mr. Dennis was found in violation of supervised release on the instant offense.  He received 8 months' imprisonment to be followed by 3 years' supervised release.   The defendant's supervision commenced on November 23, 2007.  His new scheduled termination date is November 22, 2010.

### Summary of Original Offense

The defendant conspired and attempted to retrieve 1,986 grams of cocaine that was left behind in an East Hartford, Connecticut hotel room by the defendant's associate.

2

## Conditions Signed and Instructions Given

On March 28, 2005, Derek Dennis signed the Conditions of Supervised Release after they were read and explained to him by Senior United States Probation Officer Jennifer Amato. The defendant indicated that he understood the conditions and a copy of the conditions were provided to him. A second copy of the conditions were given to him on August 11, 2006. On November 26, 2007, Mr. Dennis' was reminded that all his previously imposed conditions apply.

## Interim Action Taken

As previously noted, on December 19, 2006, the defendant appeared in court for a violation of supervised release hearing. On that date, Mr. Dennis was found in violation and received 8 months imprisonment followed by three years' supervised release with the same special conditions as previously imposed.

**Charge No. 1 - Condition Violated** Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."

## Facts of Violation

On November 26, 2007, the defendant reported to the probation office upon being released from custody on November 23, 2007. An initial drug test was secured on this date which resulted in a positive for cocaine. Mr. Dennis admitted to his drug use and advised the probation officer that his urine would test positive for cocaine.

On December 5, 2007, a home visit was conducted at which time a supervised urine was secured by Supervising U. S. Probation Officer Michael Sheehan. This specimen resulted in a positive result for cocaine. During the home visit, Mr. Dennis denied that his urine would test positive.

On December 10, 2007, the defendant reported to the United States Probation Office for a scheduled office visit. Senior U.S. Probation Officer Steven Lambert conducted a supervised drug test on the defendant. During the process, Officer Lambert observed that the defendant's urine was clear in color and was cold. Upon questioning, the defendant was asked to empty his pockets and remove his jacket. Mr. Dennis provided the probation officer with an empty prescription bottle that was wet inside. When asked as to explain the defendant stated, "I was outside in the rain taking my medication." It should be noted that the prescription bottle was in the name of Lucy Foster.

Upon further investigation, Mr. Dennis admitted that the liquid was rubbing alcohol. The liquid was sent to Scientific Testing Laboratories for confirmation. After speaking with the

3

defendant regarding the liquid, he admitted to pouring rubbing alcohol from the prescription bottle into the urine test bottle.  A second urine was secured and the results are pending.

## Sentencing Information

### Custody

Statutory Provisions:  Because the original offense was a Class B felony, the maximum term of imprisonment that may be imposed is 3 years upon a finding of violation and revocation; 18 U.S.C. § 3583(e)(3).

Guideline Provisions:  Based upon a finding of a Grade C violation, and an original criminal history category of III, the revocation guideline imprisonment range is 5-11 months; U.S.S.G. § 7B1.4(a)

### Supervised Release

Statutory Provisions:  When a term of supervised release is revoked and the defendant is required to serve a term of imprisonment that is less than the maxim um term of imprisonment authorized under subsection (e)(3), the Court may include a requirement that the defendant be placed on a term of supervised release after imprisonment.  The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment that was imposed upon revocation of supervised release; 18 U.S.C. § 3583(h).

Because the original offense was a Class B felony, the maximum term of supervised release that may be re-imposed is 5 years, less any term of imprisonment that is imposed; 18 U.S.C. § 3583(b)(1).

### Compliance With Other Conditions and Supervision in General

Supervision of this case originally commenced on March 24, 2005.  Beginning in December 2005, Mr. Dennis' level of compliance began to deteriorate after his habitual drug use was revealed.  He began making excuses for his behavior and missing appointments.  This type of behavior was not only prevalent with the Probation Office; Mr. Dennis displayed identical behavior at the treatment programs.   As a result he was brought before the Court in December 2006 for a violation of supervised release.  At that time, he was found in violation and the Court sentenced the defendant to a period of 8 months' imprisonment followed by a new three year term of supervised release with the same special conditions previously imposed.

That term of supervision commenced on November 23, 2007.  Less than 30 days in the community Mr. Dennis has submitted two positive urines for cocaine and attempted to alter the results of a third drug test by submitting rubbing alcohol.

4

<u>Living Arrangements, Family Situations, Employment</u>

On November 23, 2007, upon release from custody, Mr. Dennis returned to his parents residence located at 67 Branford Street Hartford, Connecticut.   At this time he is unemployed and continues to test positive for cocaine.

Submitted By:

Jennifer Amato
Senior U. S. Probation Officer


Reviewed and Approved By:

Michael E. Sheehan
Supervising U. S. Probation Officer

5

## **RECOMMENDATION**

RE:  Derek Dennis
Criminal No. 3:00CR247(AVC)

Justification:

Mr. Dennis comes before the Court for violating the conditions of supervised release for the second time.  Since the start of supervision in 2005,  he has engaged in the perpetual use of cocaine.  Much effort has been made by the  Probation Office to assist Mr. Dennis in recognizing his addiction.   He was afforded help when he was placed in two drug treatment  programs designed to work with and teach individuals to conquer addiction. Mr. Dennis continued to use cocaine.  Ultimately, his continued drug use resulted in a violation of supervised release resulting in a second period in custody.  In less than two weeks from his release, Mr. Dennis has rendered 2 positive urines for cocaine.  He attempted to alter a third drug test in an effort to avoid the probability of a third positive urine.  After 8 months in custody, Mr. Dennis has shown very little interest in changing his lifestyle, thereby making his rehabilitation problematic.  Since 2005, Mr. Dennis has done little to better himself albeit his drug addiction or his overall life style.  Clearly Mr. Dennis' repeated behavior simply demonstrates his continued disrespect for the law and the orders placed on him by the Court.

Recommendation:

It is respectfully recommended that the defendant be found in violation of supervised release and that the supervision be revoked.  It is also requested that the Court place the defendant in the custody of the Bureau of Prisons for the maximum  period of 11 months with no supervised release to follow.

Submitted By:

Jennifer L. Amato
Senior U. S. Probation Officer

Reviewed and Approved By:

Michael E. Sheehan
Supervising United States Probation Officer