# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DEREK DENNIS                                              Docket No. 3:00CR00247(AVC)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer L Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Derek Dennis who was sentenced to 5 years' imprisonment for a violation of U.S.C. §§ 846 & 841(A)(1), Conspiracy to Possess with Intent to Distribute Cocaine, by the Honorable Alfred V. Covello, Senior U.S. District Judge sitting in the court at Hartford on August 20, 2001, who fixed the period of supervision at 4 years which commenced on March 25, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Officer, which may include testing to determine if the defendant has used drugs or alcohol, and he shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Officer; 2) The defendant shall participate in a mental health treatment program as directed by the United States Probation Office and shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the United States Probation Office; 3) The defendant shall participate in vocational/educational training as deemed necessary by the United States Probation Office; and 4)The defendant shall maintain verifiable full time employment.

Mr. Dennis was found in violation of supervised release in the instant offense on December 19, 2006 and was sentenced to 8 months' imprisonment followed by 3 years' supervised release with the same special conditions previously imposed. His scheduled termination date is November 22, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No. 1: Standard Condition:   "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."</u> Mr. Dennis submitted positive urinalyses for cocaine on November 26, 2007 and December 5, 2007.  On December 10, 2007, the defendant attempted to alter a drug test at the U.S. Probation Office. He rendered positive urinalyses for cocaine on December 21, 2007 and January 15, 2008.

<u>Charge No. 2: Mandatory Condition: The defendant shall commit another federal, state or local crime.</u> On December 10, 2007, the defendant was arrested by the Hartford, Connecticut Police Department and charged with Loitering. On January 4, 2008, the defendant was arrested by the Hartford, Connecticut Police Department and charged with Criminal Trespass 1st Degree.

<u>Charge No. 3: Standard Condition: The defendant shall notify the Probation Office within 72 hours of being arrested or questioned by law enforcement.</u>  The defendant failed to notify the Probation Office of both arrests.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Derek Dennis to appear before the Court at Hartford, Connecticut on January 23, 2008 at 1:00pm, to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 23rd day of January, 2008 and ordered filed and made a part of the records in the above case

_____
The Honorable Alfred V. Covello  VANESSA L. BRYAN
Senior United States District Judge

Sworn to By
_____
Jennifer Amato
Senior United States Probation Officer

Place  Hartford, CT

Date  1/23/08

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 23rd day of January, 2008 at Hartford, Connecticut, U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alfred V. Covello V. L. BRYAN
Senior United States District Judge