UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:00CR247(AVC) |
| DEREK DENNIS | : | February 7, 2008 |

## MEMORANDUM RE: REVOCATION HEARING

Supervised release has a number of functions.  One is to keep tabs on a newly released prisoner to ensure that he complies with the law.  Another is to help such a person make the transition from custody to freedom.

Derek Dennis is an addict.  It has taken him some time to come to this realization, but it has been painfully obvious to those around him for a long time.  Mr. Dennis needs help in overcoming his addiction. He has failed in that endeavor since his release.  He is willing, however, to undertake a long-term, in-patient treatment program.  The Salvation Army has a remarkably good program, perhaps the best in this area.  That program does not cost the federal government any money.  Patients at the Salvation Army work for their room and board and costs of treatment by cleaning, sorting, and distributing the clothing and other items that the Salvation Army collects and sells in its secondhand stores.  The program is a rigorous one that takes a minimum of 6-7 months to complete.  Patients are tested for drugs and alcohol use whenever they leave the premises, even to deliver clothing to one of the Salvation Army stores.  Candidly, the program is so difficult that many people "wash out" after a month or so.  Experience has shown, however, that those who complete the program typically do very well on supervised release afterwards.

Mr. Dennis has submitted the required documentation and medical tests for admission to the Salvation Army program.  If this Court were to modify his conditions of supervised release to require his completion of that program, in lieu of incarcerating him for the pending violation, he would be willing to enroll in that program.  Again, this is no small undertaking, but it represents a potentially life-altering course for Mr. Dennis.

- 2 -

The guidelines authorize a court to place a defendant in a substance abuse program in lieu of incarceration. See U.S.S.G. § 7B1.4, appl. n. 6. The defendant respectfully suggests that it is in his best interest as well as that of the community at large for him to address his addiction in a way that may lead to future abstinence. Incarcerating him for several months will not address sufficiently the underlying cause of his behavior. He needs help with his addiction. Accordingly, the defendant respectfully requests that the Court modify his conditions of supervised release to require his completion of the Salvation Army substance abuse program.

          Respectfully submitted,

          The Defendant,
         Derek Dennis

         Thomas G. Dennis
         Federal Defender

Dated: February 7, 2008
         /s/
         Terence S. Ward
         Asst. Federal Defender
         10 Columbus Blvd, FL 6
         Hartford, CT 06106-1976
         Bar No. Ct00023
         (860) 493-6260
         Email: terence.ward@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing memorandum re: revocation hearing has been mailed to David Ring, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 7 day of February 2008.

         /s/
         Terence S. Ward