UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

               vs.          :          CRIMINAL NO.  3:00CR247(AVC)

DEREK DENNIS          :          May 7, 2008

<u>MEMORANDUM RE: REVOCATION HEARING</u>

      The defendant respectfully submits this memorandum as an aid to the Court for the revocation hearing scheduled for tomorrow.  Mr. Dennis, the government, and the probation office are all in agreement that the following disposition would be appropriate, understanding of course that the proposed agreement is not binding on the Court.

      The parties propose that Mr. Dennis be sentenced to a term of incarceration for five months with no supervision to follow.  In support of that proposal, the defendant represents that he is an addict who has struggled for a long time with his addictions.  After his last hearing on February 8, 2008, the Court permitted Mr. Dennis to attend the Salvation Army Adult Rehabilitation Program.  Mr. Dennis was discharged from that program, not for drug use, but for verbal insubordination with the staff.  Mr. Dennis, having been discharged from the program, later returned to drug use.

      He does not present as a mean-spirited or bad person.  He is simply an addict who has not figured out how to remain sober.  Mr. Dennis has been living with his parents.  He is 43 years old, and his parents are each 73.  His father has recently had surgery for cancer of the throat.  Mr. Dennis helps his parents around the home, but he has been unsuccessful at obtaining full-time employment.  The parties feel that the proposed sentence would address Mr. Dennis' violation of supervised release in accordance with the factors set forth in 18 U.S.C. § 3553(a), but that further supervision would not be a good use of the probation office's resources.

- 2 -

Respectfully submitted,

THE DEFENDANT,
Derek Dennis

THOMAS G. DENNIS
FEDERAL DEFENDER


Dated:  May 7, 2008                    /s/_____
                                       Terence S. Ward
                                       Assistant Federal Defender
                                       10 Columbus Blvd, 6th FL
                                       Hartford, CT 06106
                                       Phone: (860) 493-6260
                                       Bar No.: ct00023
                                       Email: terence.ward@fd.org

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a copy of the foregoing memorandum re: Revocation Hearing has been mailed to Brian Leaming, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, and to Jennifer Amato, United States Probation Office, 450 Main Street Hartford, CT 06103 on this 7 day of May 2008.


                                       /s/_____
                                       Terence S. Ward