Viol-Hrg(April 12, 2004)

HONORABLE **AVC**
DEPUTY CLERK **R. Alexander**   RPTR/ERO/TAPE **Wendy Allen**
USPO **Jennifer Amato**   INTERPRETER _____

TOTAL TIME: ____ hours **10** minutes
DATE **5/8/08**   START TIME **12:00**   END TIME **12:10**

CR. No. **3:00CR0247**   DEFT # **1**

UNITED STATES OF AMERICA     §     **Brian Leaming** AUSA
                            §
    vs.                     §
                            §
                            §
**Derek Dennis**              §     **Terance S. Ward**
                                    Counsel for Defendant: CJA (C), Ret (R), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING
☑ SUPERVISED RELEASE  ☐ PROBATION  (check one)

☐ ....... Deft arrested on _____
☐ ....... Deft failed to appear, Bench warrant to issue
☐ ....... Violation Hrg continued until _____ at _____
☑ ....... Deft admits violation
☐ ....... Order appointing Federal Public Defender's Office filed
☑ ....... Court finds deft ☑ has  ☐ has not violated terms of ☐ probation ☑ supervised release
☑ ....... Probation/(Supervised Release) ☑ revoked ☐ continued ☐ modified
☑ ....... **5** months imprisonment on Count(s) _____
☐ ....... Upon release the defendant shall be on supervised release for a term of _____ years/months
☐ ....... ☐ Supervised release  ☐ probation continued for a period of _____ years/months on count(s) _____
☐ ....... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☑ ....... Court recommends incarceration at **Fort Dix**
☐ ....... Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
         ☐ community confinement (Halfway House)
☐ ....... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ ....... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ ....... Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ ....... Violation sentencing set for _____
☑ ....... Deft detained
☐ ....... _____

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE